ORIGINAL

# United States District Court

NORTHERN DISTRICT OF GEORGIA

FILED IN CHAMBERS
U.S.D.C. Atlanta

SEP 1 2 2005

LUTHER D. THOMAS, Clerk
By: [signature]
Deputy Clerk

UNITED STATES OF AMERICA
v.

GREGORY CLARK

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:05-MJ-1246

UNDER SEAL
Unsealed 10·5·05

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>September 2, 2005</u> in <u>Fulton</u> County, in the Northern District of Georgia defendant(s) did, Track Statutory Language of Offense)

by means of force, violence and intimidation, take from the person and presence of another monies in the care, custody, possession and control of the Wachovia Bank located at 1605 Monroe Drive, Atlanta, Georgia, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in so doing did put in jeopardy the life of another by use of a dangerous weapon, in violation of Title 18, United States Code, Section 2113 (a) and (d).

On or about September 2, 2005, in Fulton County, in the Northern District of Georgia the defendant, during and in relation to the crime of violence, that is, bank robbery as alleged herein in Count One, did use and carry a firearm,

in violation of Title <u>18</u> United States Code, Section(s) <u>924(c)</u>.

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

Please see attached affidavit.

Continued on the attached sheet and made a part hereof.    (X) Yes    ( ) No

[signature]
Signature of Complainant
NATHAN GARRETT WHITEMAN

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

<u>SEPTEMBER 12, 2005</u>             at      <u>ATLANTA, GEORGIA</u>
Date                                            City and State

GERRILYN G. BRILL
United States Magistrate Judge
Name and Title of Judicial Officer

[signature]
Signature of Judicial Officer

AUSA CANDISS HOWARD

## AFFIDAVIT

I, Nathan Garrett Whiteman, being duly sworn, depose and state the following:

1.  I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since May of 2004. I am currently assigned to the Atlanta, Georgia field office and work on the Violent Crimes/Major Offenders Squad, which has the responsibility for investigating bank robberies and robberies which effect interstate commerce.

2.  The following information has been derived from investigation personally conducted by the affiant and based on investigative information received from other law enforcement agents and officers.

3.  On Friday, September 2, 2005, the FBI was advised that the Wachovia Bank located at 1605 Monroe Drive, Atlanta, Georgia, located within the Northern District of Georgia and the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC), was robbed of $21,384 in United States currency at approximately 10:00 a.m. on that date.

4.  The victim teller advised that a lone white male, hereafter referred to as the robber entered the Wachovia Bank with a military style assault rifle wrapped in articles of clothing described as an olive drab green Banana

1

1 | Republic button down shirt and a pair of navy blue "Dickies"
2 | pants. As soon as the robber entered the bank, the robber
3 | unwrapped the rifle and ordered everyone in the bank to the
4 | ground by saying, "Ladies and gentlemen, everyone down on the
5 | ground." The robber then made his way to the teller counter
6 | and produced a beige colored plastic bag which he then handed
7 | to the victim teller. The robber then ordered her, "Fill up
8 | this fucking bag, Put the money in the bag, I don't want any
9 | fucking dye packs, seriously, no dye packs." The victim
10 | teller complied with the robber's demands and emptied the
11 | monies from the teller drawer into the bag. The victim
12 | teller then went to the second teller position also providing
13 | money from that teller drawer. The victim teller skipped
14 | over the third teller, but took money from the fourth teller
15 | and the drive thru teller in the same manner. Once the bag
16 | was filled, the teller turned around and handed the robber
17 | the bag. The robber took the bag and exited the bank.

18 |      5.      After exiting the bank, the robber walked
19 | westbound into the Wachovia Bank's drive through parking lot
20 | and ordered a bank customer, at gunpoint, out of her vehicle.
21 | When the customer did not exit the car fast enough, the
22 | robber fired one round from the assault rifle into the car
23 | causing the driver side rear passenger window to break. The
24 | robber then opened the car door, and pulled the customer out
25 | of the vehicle. The robber then got into the vehicle and
26 | made a right turn going westbound on Monroe Drive.

27 |      6.      Video surveillance cameras inside the
28 | bank recorded the bank robbery and good quality surveillance

1  photographs were obtained.

2          7.          The robber was described as a white male,
3  heavy build, 30 to 40 years of age, 5'10" to 6'1" tall, 200
4  to 230 pounds, with short black wavy hair.  The robber was
5  wearing a long sleeve navy blue button down shirt and navy
6  blue "Dickies" style pants and black work boots.  The robber
7  was described to be carrying a black military style assault
8  rifle.  This description is consistent with the white male
9  depicted in the bank surveillance photographs.

10         8.          On September 10, 2005, the FBI received a
11 telephone call regarding the bank robbery.  The caller stated
12 that he/she had seen a surveillance photograph of the robber
13 of the Wachovia Bank located at 1605 Monroe Drive, Atlanta,
14 Georgia and the related article in the Atlanta Journal
15 Constitution.  The caller identified the person in the
16 surveillance photograph as GREGORY CLARK.  The caller advised
17 that the robber had been employed at Sig Samuels Dry Cleaners
18 located at 906 Monroe Drive, NE. Atlanta, Georgia.  During a
19 subsequent interview, the caller was shown a wanted poster of
20 the bank robber.  The caller immediately and positively
21 identified the person in the surveillance photographs as
22 GREGORY CLARK.  The caller's spouse stated that CLARK owns an
23 AR-15 assault rifle identical to the rifle depicted in the
24 surveillance photographs, and always wears a long sleeve navy
25 blue "Dickies" work shirt and navy blue "Dickies" work pants.
26 The caller is in a position to know CLARK through various
27 familial outlets and contacts.

28         9.          The caller further provided a photograph

3

of CLARK. The photograph was reviewed by agents of the FBI, and it was determined that the person in the bank robbery surveillance photographs and GREGORY CLARK are one and the same person. In the photograph CLARK is wearing a long sleeve navy blue "Dickies" work shirt and navy blue "Dickies" work pants.

10. On September 10, 2005, wanted posters and surveillance photographs depicting the bank robber were individually shown to Thomas Collins, Mike Collins, and Larry Collins, the three owners of Sig Samuels Dry Cleaners located at 906 Monroe Drive NE, Atlanta, Georgia. All three owners immediately and positively identified the person in the surveillance photographs as GREGORY CLARK, a former employee at Sig Samuels Dry Cleaners.

11. The three owners further identified the weapon carried by the robber as an AR-15. The owners stated that CLARK owns an identical AR-15 and that CLARK has shown the weapon to all three.

12. The three owners further identified the clothing worn by the robber as the exact clothing always worn by CLARK. The owners stated that CLARK only wore a long sleeve navy blue "Dickies" work shirt and navy blue "Dickies" work pants. The owners stated that employees at Sig Samuels purchased identical clothing for CLARK.

13. Larry Collins conducted a search of the Sig Samuel employment records and provided the social security account number of GREGORY CLARK. A search of the Georgia Department of Labor database for that social security

1 | account number provided the name of GREGORY CLARK, date of
2 | birth, October 28, 1965, making CLARK 39 years of age. This
3 | age matches the description provided by witnesses.
4 |     14.    Based on the foregoing, I submit there is
5 | probable cause to believe that on September 2, 2005, GREGORY
6 | CLARK did violate Title 18, United States Code, Section
7 | 2113(a) and (d) and Title 18, United States Code, Section
8 | 924(c).